JANELLE M. LAVELLE, PLAINTIFF-APPELLANT V. GUILFORD AREA MENTAL ILLNESS, MENTAL RETARDATION, AND SUBSTANCE ABUSE AUTHORITY AND DR. TIMOTHY DAUGHTRY, IN HIS OFFICIAL CAPACITY AS AREA DIRECTOR OF GUILFORD AREA MENTAL ILLNESS, MENTAL RETARDATION AND SUBSTANCE ABUSE AUTHORITY, DEFENDANTS-APPELLEES

No. 338A94

(Filed 5 May 1995)

**Hospitals and Medical Facilities or Institutions § 24 (NCI4th)— confidential mental health records—release to attorney**

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion. Therefore, plaintiff is entitled to a declaratory judgment that N.C.G.S. § 122C-53(i) requires a mental health facility, upon the request of a client, to release to an attorney all confidential information relating to the client without restriction.

**Am Jur 2d, Hospitals and Asylums § 43.**

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals, 115 N.C. App. 75, 443 S.E.2d 761 (1994), affirming the judgment allowing defendants' motion for summary judgment entered by Rousseau, J., at the 7 December 1992 Civil Session of Superior Court, Guilford County. Heard in the Supreme Court on 11 April 1995.

*Central Carolina Legal Services, Inc., by Janet McAuley-Blue, and N.C. Legal Services Resource Center, by Sorien K. Schmidt, for plaintiff-appellant.*

*Guilford County Attorney's Office, by J. Edwin Pons, Deputy County Attorney, for defendant-appellees.*

*Carolina Legal Assistance, Inc., by Deborah Greenblatt; and Governor's Advocacy Council for Persons with Disabilities, by Barbara A. Jackson, amici curiae.*

**IN RE GREENE**

[340 N.C. 251 (1995)]

PER CURIAM.

For the reasons stated in the dissenting opinion of Judge (now Justice) Orr in the Court of Appeals, the decision of the Court of Appeals is reversed.

REVERSED.

Justice ORR did not participate in the consideration or decision of this case.